

# Court of Appeals
## Sixth Appellate District of Texas

# J U D G M E N T

In the Estate of Billy Wayne Phillips, Deceased

No. 06-22-00015-CV

Appeal from the County Court at Law No. 2 of Hunt County, Texas (Tr. Ct. No. 18697). Memorandum Opinion delivered by Justice van Cleef, Chief Justice Morriss and Justice Stevens participating.

As stated in the Court's opinion of this date, we find no error in the judgment of the court below. We affirm the judgment of the trial court.

We further order that the appellant, Billie Kimberly Hudson, pay all costs incurred by reason of this appeal.

RENDERED JULY 26, 2022
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk